IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01292-PAB-KLM

JOAN LUCERO,

    Plaintiff,

v.

IKON OFFICE SOLUITIONS [sic], INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Amend Scheduling Order** [Docket No. 17; Filed January 19, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order [#15] entered on August 10, 2011 is amended to extend the following deadlines:

- Deadline to Serve Written Discovery Requests — **February 6, 2012**
- Discovery Deadline — **March 8, 2012**
- Dispositive Motions Deadline — **April 9, 2012**

Dated:  January 20, 2012